United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARMANDO JUAREZ,<br>Plaintiff,<br>v.<br>L. GARNICA,<br>Defendant. | Case No. 26-cv-02854-TLT<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS, DENYING APPOINTMENT OF COUNSEL**<br><br>Re: Dkt. Nos. 2, 3, 5 |

Petitioner, a prisoner at Mule Creek State Prison, filed a *pro se* petition for writ of habeas corpus, along with a motion for leave to proceed *in forma pauperis* and a motion to appoint counsel. ECF 1, 2, 3.

Petitioner's motion for leave to proceed *in forma pauperis* (IFP) is denied in light of his trust account balance. Dkt. No. 2, 5, *see* 28 U.S. Code § 1915(b)(1). Petitioner is granted 28 days to pay the full filing fee of $5 or the case will be dismissed without prejudice.

Petitioner's motion for appointment of counsel is denied without prejudice. ECF 3. The Sixth Amendment right to counsel does not apply in habeas corpus actions. *See Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). Title 18 U.S.C. §3006A(a)(2)(B), however, authorizes a district court to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation. Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th. Cir. 1986); *Eskridge v. Rhay*, 345 F.2d 778, 782 (9th Cir. 1965).

The Court finds that exceptional circumstances entitling petitioner to court appointed counsel do not exist at this time. Accordingly, the interests of justice do not require appointment

of counsel. This denial is without prejudice and subject to review of the petitioner's claims and the Court's *sua sponte* reconsideration.

This order resolves ECF 2 and 3.

**IT IS SO ORDERED.**

Dated: August 17, 2026

TRINA L. THOMPSON
United States District Judge