United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARMANDO JUAREZ,<br>Plaintiff,<br>v.<br>L. GARNICA,<br>Defendant. | Case No. 26-cv-02854-TLT<br>**ORDER OF DISMISSAL** |

Petitioner Jose Armando Juarez, a prisoner at Mule Creek State Prison, filed a *pro se* petition for writ of habeas corpus on April 1, 2026. Dkt. No. 1. Petitioner also filed a motion for leave to proceed *in forma pauperis*, which was denied due to petitioner's trust account statement showing sufficient funds to pay the filing fee of $5. Dkt. No. 8. The Court granted petitioner 28 days to pay the filing fee, which have now passed. *Id.*

Accordingly, petitioner's case is dismissed without prejudice. Because this dismissal is without prejudice, petitioner may move to reopen the action. Any such motion must be accompanied by payment of the full filing fee.

**IT IS SO ORDERED.**

Dated: October 3, 2026

TRINA L. THOMPSON
United States District Judge